IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TYSON T. RICHARDSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN WOOD et al.,<br><br>        Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 1:12-CV-98 TS<br><br>District Judge Ted Stewart |

   Plaintiff, inmate Tyson T. Richardson, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing his Second Amended Complaint, under § 1915(e), in an Order dated July 13, 2012, the Court determined that it was deficient for a variety of reasons. The Court then again gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Plaintiff has not responded, nor has he since updated his address with the Court.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.

DATED this 17th day of September, 2012.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court